AO 94  (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
### Northern District of California

| UNITED STATES OF AMERICA<br>V.<br>DARYL LEE ANDERSON | *FILED*<br>*JAN 16 2009*<br>*RICHARD W. WIEKING*<br>*CLERK, U.S. DISTRICT COURT*<br>*NORTHERN DISTRICT OF COURT*<br>*OAKLAND CALIFORNIA* | **COMMITMENT TO ANOTHER DISTRICT**<br>(DEFENDANT OUT OF CUSTODY) |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| Northern Dist. of California | Northern Dist. of Florida | 4-09-70017 WDB | 4:08cr40-RH |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

X Indictment   ☐ Information   ☐ Complaint   ☐ Other (specify)

**charging a violation of**   18   **U.S.C. §**  1349, 1343, 1344 and 18 USC 982(a)(2) -Superseding Indictment

**DISTRICT OF OFFENSE**
Northern District of Florida

**DESCRIPTION OF CHARGES:**

Conspiring to commit bank fraud and wire fraud. Substantive counts of bank fraud and deft named in a forfeiture allegation seeking the forfeiture of proceeds derived from or traceable to the offenses alleged.

**CURRENT BOND STATUS:**

X Bail fixed at      $300,000 P/R       and defendant is released on bond
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)
Bond, if any, shall be transferred to the District of Offense

| **Representation:**   ☐ Retained Own Counsel   X  Federal Defender Organization   ☐ CJA Attorney   ☐ None |
|---|

| **Interpreter Required?**   ☐ No   ☐ Yes   Language: |
|---|

1/16/09
Date

*Wayne D. Brazil*
United States Judge or Magistrate Judge

### RETURN

**This commitment was received and executed as follows:**

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |